UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -7 P 4: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NANETTE MACDONALD,<br><br>        Plaintiff,<br><br>v.<br><br>KAKU ASSOCIATES, INC. and<br>DICK S. KAKU,<br><br>        Defendants. | Civil Action No. 04-11218-RCL |

### DEFENDANTS' EMERGENCY MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO THIRD PARTIES ISSUED PRIOR TO RULE 26(f) CONFERENCE

The Defendants hereby move to quash the subpoenas duces tecum which Plaintiff has served upon two non-parties, Verizon Communications, Inc. and United Airlines. The subpoenas are attached as Exhibit A. In support of this motion, the Defendants state as follows:

1. Plaintiff filed this action in Essex Superior Court on May 21, 2004.

2. Plaintiff apparently served the subpoenas on or about the same day. The subpoenas command production of certain documents to Plaintiff by June 21, 2004.

3. Defendants properly removed this action on June 4, 2004.

4. As soon as removal was effected, further action in the Essex Superior Court was stayed, and federal rather than state law began to govern this action. See Fed. R. Civ. P. 81(c) (providing that the Federal Rules of Civil Procedure "apply to civil actions removed to the United States district courts from the state courts and govern procedure after removal"). Accordingly, this case is now governed by the Federal Rules of Civil Procedure.

5. Under Federal Rule of Civil Procedure 26(d), "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

3706447v2

6. The parties have not yet held, or even scheduled, a Rule 26(f) conference.

7. Accordingly, Plaintiff's subpoenas are premature and must be quashed.

WHEREFORE, the Defendants respectfully request that the Court quash Plaintiff's subpoenas duces tecum, at least until the parties hold a Rule 26(f) conference.

Respectfully submitted,

KAKU ASSOCIATES, INC. and
DICK S. KAKU

By their attorneys,

_____
Christine J. Wichers (BBO # 631857)
Lisa M. Gaulin (BBO# 654655)
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02109-2891
617-248-5000

Dated: June 7, 2004

### Certification of Conference

Pursuant to Local Rule 7.1(A)(2), I, Lisa M. Gaulin, hereby certify that I have made a good-faith effort to confer on this issue with the Plaintiff's counsel, Lester E. Riordan, III, by speaking with him on June 7, 2004 prior to filing this motion. We were unable to resolve the issue.

_____
Lisa M. Gaulin

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 6-7-04 SIGNATURE _____

3706447v2