**CHOATE, HALL & STEWART**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804
TELEPHONE (617) 248-5000 · FAX (617) 248-4000
WWW.CHOATE.COM

LISA GAULIN
DIRECT DIAL: (617) 248-5141
EMAIL: LGAULIN@CHOATE.COM

FILED
IN CLERKS OFFICE

2004 JUN -9  A 10: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 9, 2004

**BY HAND**

Civil Clerk
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: *Macdonald v. Kaku Associates, Inc. and Dick S. Kaku*
   **Civil Action No. 04-11218-RCL**

Dear Sir or Madam:

On June 4, 2004, the Defendants in the above-referenced action removed the case from Essex Superior Court to this Court. Pursuant to Local Rule 81.1(a), enclosed for filing please find certified copies of all records and proceedings in the Essex Superior Court action.

Kindly acknowledge the receipt and filing of the above documents by date-stamping the enclosed copy of this letter and returning it to the waiting messenger.

Thank you for your assistance and cooperation. If you have any questions or problems, please do not hesitate to contact me directly.

Very truly yours,

Lisa Gaulin

Enclosures

cc: Lester E. Riordan III, Esq. (*via regular mail* w/o enc.)
   Christine J. Wichers, Esq. (w/o enc.)

3707484v1

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

FILED
CLERK'S OFFICE

CIVIL DOCKET# ESCV2004-00952

RE:   Macdonald v Kaku Associates Inc et al

2004 JUN -9 A 10: 44

TO:   United States District Court

U.S. DISTRICT COURT
DISTRICT OF MASS.

## ORDER
### (TRANSFERRING SUPERIOR COURT TO US DISTRICT COURT

Case REMOVED this date to US District Court of Massachusetts
on the docket of said Court, with all the papers relating, thereto, be transferred to this
Court under the provisions of General Laws Chapter 223, Sec. 2(b).

Dated at Salem, Massachusetts this 7th day of June, 2004.

Thomas H. Driscoll Jr.,
Clerk of the Courts

By: _____
Deputy Assistant Clerk

Telephone (978) 744-5500 ext. 414

A TRUE COPY ATTEST
DEPUTY ASST. CLERK

cvdortracas_1.wpd 478333 removus carterar

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                              SUPERIOR COURT DEPARTMENT
                                                                        OF THE TRIAL COURT

|  |  |
|---|---|
| NANETTE MACDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-0952 |
| ) | |
| KAKU ASSOCIATES, INC. ) | |
| and DICK S. KAKU, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF REMOVAL

Defendants Kaku Associates, Inc. and Dick S. Kaku hereby give notice that they have filed in the United States District Court for the District of Massachusetts a Petition for Removal, a certified copy of which is attached hereto.

Respectfully submitted,

KAKU ASSOCIATES, INC. and
DICK S. KAKU

By their attorneys,

*Lisa Gaulin*

Christine J. Wichers (BBO # 631857)
Lisa M. Gaulin (BBO # 645655)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 6-4-04  SIGNATURE *Gaulin*

June 4, 2004

A TRUE COPY, ATTEST
DEPUTY ASS'T. CLERK

3705982v1

## CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 · FAX (617) 248-4000

WWW.CHOATE.COM

LISA GAULIN
DIRECT DIAL: (617) 248-5141
EMAIL: LGAULIN@CHOATE.COM

June 4, 2004

**BY HAND**

Clerk of Court
Essex Superior Court
34 Federal St.
Salem, Massachusetts 01970

     RE: *Macdonald v. Kaku Associates, Inc. and Dick S. Kaku*
           **Civil Action No. 04-0952**

Dear Sir or Madam:

     Kaku Associates, Inc. and Dick S. Kaku, the defendants in the above-referenced action, have removed this action to the United States District Court for the District of Massachusetts in accordance with 28 U.S.C. § 1446. Enclosed for filing is a Notice of Removal, as well as a certified copy of the Petition for Removal. Defendants have provided written notice of the removal to Plaintiff's counsel.

     Kindly acknowledge the receipt and filing of the above documents by date-stamping the enclosed copy of this letter and returning it to me via my waiting messenger.

     Please produce certified copies of the docket sheet and all records and proceedings relating to the above-referenced civil action, including the certified Petition for Removal. Please mail the certified copies to me at the above address as soon as they are available, along with a bill for the copying and certification costs.

3705985v1

June 4, 2004
Page 2


Thank you for your assistance and cooperation. If you have any questions or problems, please do not hesitate to contact me directly.

Very truly yours,

*Lisa Gaulin*
Lisa M. Gaulin, Esq.

Enclosures

cc: Lester E. Riordan, III, Esq. (*by hand* w/Notice)
Christine J. Wichers, Esq. (w/Notice)

3705985v1

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# **ESCV2004-00952-A**

RE:   Macdonald v Kaku Associates Inc et al

TO: Lester E Riordan III, Esquire
    81 Washington Street
    Suite Eight
    Salem, MA 01970

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 08/19/2004 |
| Response to the complaint filed (also see MRCP 12) | 10/18/2004 |
| All motions under MRCP 12, 19, and 20 filed | 10/18/2004 |
| All motions under MRCP 15 filed | 10/18/2004 |
| All discovery requests and depositions completed | 03/17/2005 |
| All motions under MRCP 56 served and heard | 04/16/2005 |
| Final pre-trial conference held and firm trial date set | 05/16/2005 |
| Case disposed | 07/15/2005 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session **A** sitting in **CtRm 2 -rear (Salem) at Essex Superior Court.**

Dated: 05/24/2004

Thomas H. Driscoll Jr.
Clerk of the Courts

BY: Judith Brennan
Assistant Clerk

Location: CtRm 2 -rear (Salem)
Telephone: (978) 744-5500 ext. 414

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

Check website as to status of case: http://ma-trialcourts.org/tcic

cvdtracf_2.wpd 475458 inidoc01 exarhose

A TRUE COPY, ATTEST
DEPUTY ASS'T. CLERK