UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANETTE MACDONALD,<br><br>               Plaintiff,<br>v.<br><br>KAKU ASSOCIATES, INC. and<br>DICK S. KAKU,<br><br>               Defendants. | Civil Action No. 04-11218-RCL |

## DEFENDANTS' ASSENTED-TO MOTION TO WITHDRAW EMERGENCY MOTION TO QUASH PLAINTIFF'S SUBPOENAS

Defendants Kaku Associates, Inc. and Dick S. Kaku, with the assent of plaintiff Nanette Macdonald, respectfully move to withdraw their pending Emergency Motion to Quash Plaintiff's Subpoenas to Third Parties Issued Prior to Rule 26(f) Conference, which was filed with this Court on June 7, 2004.

                                        Respectfully submitted,

                                        KAKU ASSOCIATES, INC. and
                                        DICK S. KAKU

                                        By their attorneys,

                                        /s/ Lisa Gaulin
                                        Christine J. Wichers (BBO #631857)
                                        Lisa M. Gaulin (BBO# 654655)
                                        CHOATE, HALL & STEWART
                                        53 State Street
                                        Boston, MA 02109-2891
                                        617-248-5000

Dated: June 14, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS [SERVED] UPON THE ATTORNEY OF R[ECORD] FOR EACH OTHER PARTY BY MAIL and facsimile
DATE 6-14-04  SIGNATURE /s/ Lisa Gaulin

3709099v1