UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANETTE MACDONALD, ) | |
| ) | Civil Action No. 04-11218-RCL |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KAKU ASSOCIATES, INC. and ) | |
| DICK S. KAKU, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7.1(B)(4), the Defendants, Kaku Associates, Inc. and Dick S. Kaku (collectively, the "Defendants"), hereby move for leave to file a memorandum in excess of twenty pages in support of their Motion to Dismiss Complaint. In support of this motion, the Defendants state as follows:

1.  Plaintiff's 238-paragraph Complaint sets forth eleven claims and numerous factual allegations, virtually all of which concern events that allegedly occurred in California and Hawaii over the past five years. The Defendants, both California residents without any ties to Massachusetts, have moved to dismiss the Complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

2.  The Defendants have also argued, in the alternative, that Plaintiff's claims fail as a matter of law pursuant to Rule 12(b)(6). Specifically, the Defendants have argued, among other things, that each of the Plaintiff's claims is time-barred. In doing so, a choice-of-law analysis was necessary to determine which state's limitations period was applicable to each common law claim.

3.  While the Defendants have made every effort to be concise in their argument to dismiss the Complaint, in order to adequately address the lengthy factual background, all the bases of dismissal for each of the eleven claims, and the applicable case law, a supporting memorandum that extends beyond the twenty-page limit to thirty-three (33) pages was necessary.

4.  The Defendants respectfully submit that their supporting memorandum will assist the Court in framing and resolving the relevant legal issues.

WHEREFORE, Defendants Kaku Associates, Inc. and Dick S. Kaku respectfully request that this Court grant them leave to file a brief in excess of the 20-page limit.

Respectfully submitted,

KAKU ASSOCIATES, INC. and
DICK S. KAKU

By their attorneys,

_____
Christine J. Wichers (BBO# 631857)
Lisa M. Gaulin (BBO# 654655)
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02109
617-248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 6/30/04  SIGNATURE _____

Dated: June 30, 2004

### Certification of Conference

Pursuant to Local Rule 7.1(A)(2), I, Lisa M. Gaulin, hereby certify that I have made a good-faith effort to confer on this issue with the Plaintiff's counsel, Lester E. Riordan, III, by calling him three times on June 29, 2004 and June 30, 2004. As I was unable to reach him, we were not able to discuss the issues in the foregoing motion.

_____
Lisa M. Gaulin

3715265v1