# CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 • FAX (617) 248-4000

WWW.CHOATE.COM

LISA GAULIN
DIRECT DIAL: (617) 248-5141
EMAIL: LGAULIN@CHOATE.COM

July 12, 2004

**VIA FIRST CLASS MAIL**

Judge Reginald C. Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

> RE:  *Macdonald v. Kaku Associates, Inc. and Dick S. Kaku*
>      Civil Action No. 04-11218-RCL

Dear Judge Lindsay:

On June 30, 2004, Defendants in the above-referenced matter filed (1) a motion to dismiss; (2) a 33-page memorandum of law; and (3) a motion for leave to exceed the page limit. Because Plaintiff's counsel, Lester Riordan, was on vacation at the time of filing, the Defendants were unable to confer with him regarding the page limit. Mr. Riordan has since told defense counsel that he assents to the Defendants' motion for leave to exceed the page limit.

Very truly yours,

*Lisa Gaulin*

Lisa Gaulin

cc: Lester E. Riordan, Esq.
    Christine J. Wichers, Esq.

3722007v1