IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                        C.A. No. 04-11218-RCL

_____

NANETTE MACDONALD          )
                           )
        Plaintiff,         )
                           )
v.                         )          **ASSENTED TO MOTION**
                           )
KAKU ASSOCIATES INC. AND DICK )
S. KAKU                     )
                           )
        Defendants.        )
_____)

## ASSENTED TO MOTION FOR ENLARGEMENT TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND LEAVE TO EXCEED PAGE LIMIT

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b)(1), Plaintiff NANETTE

MACDONALD, by and through her counsel, hereby requests this Honorable Court to

grant Plaintiff's Assented to Motion for Enlargement to Respond to Defendants' Motion

to Dismiss and Leave to Exceed Page Limit. Plaintiff requests that the time to respond to

Defendants' Motion to Dismiss be extended to July 21, 2004, and Plaintiff requests leave

to exceed the page limit to the extent necessary up to thirteen pages. In support thereof,

Plaintiff states as follows:

1.      Defendants assented to Plaintiff's Motion for Enlargement and Leave
        to Exceed Page Limit.

2.      Defendants' Motion to Dismiss was served upon Plaintiff's counsel
        while he out of town.

3.    While Plaintiff does not object to the length of Defendants' Motion to

Dismiss, the Motion to Dismiss exceeds the page limit by thirteen

pages and presents complex issues regarding conflicts of law.

WHEREFORE, Plaintiff, NANETTE MACDONALD, requests an extension to

July 21, 2004 to reply to Defendant's Motion to Dismiss, and requests leave to exceed the

page limit by thirteen pages to the extent necessary to adequately respond to Defendants'

Motion to Dismiss.

Respectfully Submitted,
NANETTE MACDONALD
By and through her counsel

Lester E. Riordan III
81 Washington Street, Suite 8
Salem, Massachusetts 01970
Telephone (978) 744-9461
BBO Number 633725

Dated: _____7|(1)0_____

Assented To:

Lisa Gaulin, Esquire