IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                Civil Action No. 04-11218-RCL

| | |
|---|---|
| NANETTE MACDONALD | ) |
| Plaintiff, | ) |
| v. | ) |
| KAKU ASSOCIATES INC. AND DICK S. KAKU | ) |
| Defendants. | ) |

## MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Nanette Macdonald, by and through her counsel, opposes Defendant's Motion to Dismiss and requests this Honorable Court to deny said motion and grant all further relief as is appropriate and just. In support of this opposition, Nanette Macdonald states that she submits a Memo of Law in support of this Motion in Opposition.

Respectfully Submitted,
NANETTE MACDONALD
By and through her counsel

Lester E. Riordan III
81 Washington Street, Suite 8
Salem, Massachusetts 01970
Telephone (978) 744-9461
BBO Number 633725