IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

Civil Action No. 04-11218-RCL

| | |
|---|---|
| NANETTE MACDONALD | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KAKU ASSOCIATES INC. AND DICK S. KAKU | ) |
| | ) |
| Defendants. | ) |

# AFFIDAVIT OF NANETTE MACDONALD

I, Nanette Macdonald, under oath do affirm and depose as follows:

1. I have read the complaint and verify all facts therein to be true based on my personal knowledge.

2. Dick S. Kaku's affidavit attesting that he called me approximately 20 times from August 2002 to the present is not accurate. Mr. Kaku has called me between 50 to 100 hundred times during this time period. The calls were offensive, intentionally harassing, and he was told not to make such calls. In fact, he agreed not to call.

3. These phone calls are often hang up calls. However, Mr. Kaku has spoken on several occasions, and I have heard similar noises in the background, specifically noises like those heard when driving. The calls continued on a regular basis, generally at the same time of day, throughout the filing of my complaint.

1

Sworn under the penalties of perjury this 20th day of July, 2004.

Dated: July 20, 2004

_Nanette A. Macdonald_
Plaintiff, Nanette Macdonald