## CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 · FAX (617) 248-4000

WWW.CHOATE.COM

Christine J. Wichers
Direct Dial: (617) 248-5176
Email: CWichers@Choate.com

September 30, 2004

Clerk of Court
United States District Court
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Macdonald v. Kaku Associates, et al.
<u>Civil Action No. 04-11218-RCL</u>

Dear Sir or Madam:

I am counsel for the defendants in the above-referenced action. I am writing to advise the Court that I will be out of the country October 4-22, returning on Monday, October 25, and to request that a hearing on defendants' motion to dismiss not be scheduled for a date prior to my return. Thank you for your courtesy and cooperation.

Respectfully submitted,

Christine J. Wichers

cc: Dick S. Kaku
Lester Riordan, Esq.

3753063v1