UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANETTE MACDONALD,<br>              Plaintiff,<br>v.<br><br>KAKU ASSOCIATES, INC. and<br>DICK S. KAKU,<br>              Defendants. | Civil Action No. 04-11218-RCL |

**MOTION BY DEFENDANTS DICK S. KAKU AND KAKU ASSOCIATES, INC. TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Dick S. Kaku and Kaku Associates, Inc. (collectively, the "Defendants") hereby move, pursuant to Rule 7.1(B)(3), for leave to file the accompanying Reply Brief in Support of Defendants' Motion to Dismiss.

As grounds for this motion, the Defendants state that Plaintiff's Motion in Opposition to Defendants' Motion to Dismiss, and its accompanying memorandum of law, offers an incomplete, and thus potentially misleading, statement of law relative to the issue of personal jurisdiction. The Defendants' Reply Brief is necessary to clarify any confusion that may have been caused by Plaintiff's Motion in Opposition and, therefore, will assist this Court in its determination of the Defendants' Motion to Dismiss.

3758657v1

Respectfully submitted,

KAKU ASSOCIATES, INC. and
DICK S. KAKU

By their attorneys,

*/s/ Lisa Gaulin*
Christine J. Wichers (BBO# 631857)
Lisa M. Gaulin (BBO# 654655)
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02109

Dated: October 18, 2004

617-248-5000

### Certification of Conference

Pursuant to Local Rule 7.1(A)(2), I, Lisa M. Gaulin, hereby certify that I have made a good-faith effort to confer on this issue with Plaintiff's counsel, Lester Riordan, prior to filing this motion by placing several telephone calls to his office. As I was not able to reach him, we were unable to confer on this motion.

*/s/ Lisa Gaulin*
Lisa M. Gaulin

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY (MAIL)/HAND ON
DATE 10/19/04 SIGNATURE _____

3758657v1