UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANETTE MACDONALD, ) | |
| ) | Civil Action No. 04-11218-RCL |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KAKU ASSOCIATES, INC. and ) | |
| DICK S. KAKU, ) | |
| ) | |
| Defendants. ) | |

## SECOND AFFIDAVIT OF DICK S. KAKU

Dick S. Kaku, being duly sworn on oath, deposes and states as follows:

1. I have personal knowledge of the facts contained in this affidavit and if called as a witness could testify competently thereto.

2. I am writing to correct a mistake in the affidavit I signed on June 21, 2004 in support of the Defendants' Motion to Dismiss. In paragraph 12 of that affidavit I stated that I called Nanette Macdonald twice in Massachusetts in January 2003 to say hello. In fact, I made those calls in February 2003, not January 2003. Those were the last calls I ever placed to Ms. Macdonald.

WHEREFORE, I have read the foregoing and state under the pains and penalties of perjury that the information contained in this affidavit is true and accurate to the best of my knowledge, information, and belief.

Dated: September 30, 2004

_____
Dick S. Kaku

3747045v1