COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                        Docket No. 04-0952

---

NANETTE MACDONALD                )
                                 )
        Plaintiff,               )
                                 )
v.                               )      **SUBPOENA DUCES TECUM**
                                 )
KAKU ASSOCIATES INC. AND DICK    )
S. KAKU                          )
                                 )
        Defendants.              )
                                 )
---

To:  Verizon Communications, Inc.
     1095 Avenue of the Americas
     Room 2900
     New York, NY  10036
     Via Facsimile: (212) 921-4636

     Verizon Communications, Inc.
     C/O C T Corporation (Resident Agent)
     101 Federal Street
     Boston, MA 02110

YOU ARE HEREBY COMMANDED in the name of the

Commonwealth of Massachusetts in accordance with the

provisions of Rule 45 of the Massachusetts Rules of Civil

Procedure to appear and testify on behalf of Plaintiff

Nanette Macdonald before a Notary Public of the

Commonwealth, at the offices of LESTER E. RIORDAN III, 81

WASHINGTON STREET, SUITE 8, SALEM, MASSACHUSETTS, attorney

for the Plaintiffs, on the 21st day of June, 2004, at 10:00

a.m. and to testify as to your knowledge, at the taking of the deposition in the above entitled action. PLEASE NOTE, THE DEPOSITION WILL NOT PROCEED IF THE REQUESTED RECORDS ARE PRODUCED. HOWEVER, IF THE RECORDS ARE NOT PRODUCED, THE DEPOSITION WILL GO FORWARD.

### GENERAL INSTRUCTIONS

1.   You are required to produce and permit inspection and copying of every requested document that is in your possession, custody, or control or that is in the possession, custody, or control of your principals, agents, employees, attorneys, representatives, insurers, any persons or entities acting or purporting to act on your behalf, and any other persons or entities in active concert and participation with you, whether past or present and without regard to whether their relationship with you currently exists or has been terminated.

2.   You are required to produce pursuant to this Request every requested document currently known to you and every requested document that can be located or discovered by reasonably diligent efforts.

3.  You are required to produce pursuant to this
    Request the original of every requested document
    and any copies that have been altered in any way
    or that contain on their face additional
    markings, comments, or information. If the
    original of any document is not available, the
    most legible copy should be produced.

4.  You are required, if you object to the
    production, inspection, or copying of any
    requested document on the ground of privilege,
    work product, trade secret, or on any other
    grounds, to state for each such document: (i) its
    customary name or description and its identifying
    number, if any; (ii) the date of the document;
    (iii) the name and address of each person who
    prepared the document; (iv) the name and address
    of each person or entity who received the
    document or any copy thereof; (v) a summary of
    its substance; (vi) the name and address of each
    person or entity who has possession, custody, or
    control of the document or any copy thereof; and
    (vii) the precise nature of the objection made
    and a complete description of all facts, if any,
    upon which the objection is based.

5.   The documents to be produced pursuant to this
     Request must be produced either as they are kept
     in the usual course of business or they must be
     organized and labeled to correspond with the
     categories in this Request.

6.   You are required, if you are unable to obtain any
     document required to be produced pursuant to this
     Request because the document is in the
     possession, custody, or control of any other
     person or entity, to state for each such
     document: (i) its customary name or description
     and its identifying number, if any; (ii) the date
     of the document; (iii) the name and address of
     each person who prepared the document; (iv) the
     name and address of each person or entity who has
     possession of the document or any copy thereof;
     (v) a summary of its substance; (vi) a
     description of the efforts taken by you to obtain
     the document; and (vii) the reasons, if any,
     given by the person or entity in possession,
     custody, or control of the document for not
     providing it to you.

7.   All attachments to any requested documents must
     be attached to the document to which they relate.

## DEFINITION OF DOCUMENTS

8.   The term "document" is used in this Request in its broadest sense and means any record of information, of any kind or description, however made, produced, or reproduced, whether by hand or by any electronic, photographic, or other process. Documents can take the form of any medium to store information including, computer memory, film, paper, tape recordings, videotapes, and videodisks.

9.   The term "document" includes all drafts, all originals, and all non-identical copies, whether different from the original by reason of any notation or otherwise.

10.   The term "document" includes, without limitation, the following: accounts, advertising, affidavits, agreements, analyses, appointment books, appraisals, authorizations, bank statements, bills, blueprints, books, books of account, brochures, bulletins, calendars, catalogues, charts, checks, checkbooks, check stubs, circulars, communications, compilations, confirmations, contracts, correspondence, diaries, directives, drawings, drafts,

evaluations, files, filings with any governmental agency, film, forms, graphs, hospital records, inspection reports, instructions, insurance policies, interviews, invoices, journals, letters, logs, maintenance, records, manuals, maps, medical records, memoranda, minutes, newspapers, notes, notebooks, charts, office reports, opinions or reports of consultants, orders paintings pamphlets, periodicals, photographs and photographic negatives, plans press releases promotional literature, prospectuses, purchase orders, receipts and other records of payments, records, reports, reports of X-rays or laboratory tests, research data, schedules, scrapbooks, sketches, speeches, statements, studies, summaries or records of any transaction or occurrence including, without limitation, conversations, interviews, meetings and conferences, summaries of any other document including, without limitation, reports of investigations and reports of negotiations, studies, surveys, tables, or tabulations of data, tracings, telegrams, videotape, vouchers, work-papers and worksheets.

11. The terms "you" and "yours," unless another intention clearly appears, refer to each party to whom this Request is made and any of their principals, agents, employees, attorneys, representatives, insurers, and any persons acting or purporting to act on their behalf, and any persons in active concert and participation with them, whether past or present, without regard to whether or not the relationship currently exists or has been terminated.

**DOCUMENTS TO BE PRODUCED:**

(a) Any and all documents which evidence or reflect all phone calls made **to** phone number (781) 933-0360 **from** each number listed below, from August 2002 to the present. (To assist in the handling of the request, the above referenced phone number is currently assigned to: Mocera, Visconti & Company, CPAs, LLP, located at 400 West Cummings Park, Suite 5350, Woburn, Massachusetts, 01801.)

   (i)     818-386-9389

   (ii)    310-394-6737

   (iii)   310-393-4755

   (iv)    808-294-9916

(v)     310-650-9916

(vi)    310-617-7352

Please note: on information and belief, the Defendant in this matter has made a number of phone calls to telephone number 781-933-0360 through the use of various calling cards. As such, all documents provided in response to the above request should include the actual phone number the call was made from, the location of the actual phone number and any and all identifying information relative to any calling card used in said making of phone call, if applicable.  This document request will be satisfied by providing a verified list of all calls made to phone number (781) 933-0360.

(b)  Any and all documents which evidence or reflect all phone calls made **from** each number listed below to any phone in the State of Massachusetts within the following area codes of (617), (978), (508) and/or (781), from August 2002 to the present.  (On information and belief, each number listed below is a phone number serviced by Verizon.)

   (i)     818-386-9389

   (ii)    310-394-6737

   (iii)   310-393-4755

    (iv)    808-294-9916

    (v)    310-650-9916

    (vi)    310-617-7352

Please note: on information and belief, the Defendant in this matter has made a number of phone calls through the use of various calling cards. As such, all documents provided in response to the above request should include the actual phone number the call was made from, the location of the actual phone number and any and all identifying information relative to any calling card used in said making of phone call, if applicable. This document request will be satisfied by providing a response to document request (b) below and/or a verified list of all calls made to phone number (781) 933-0360.

(c)  To the extent not produced in the previous request, please provide any and all documents which evidence or reflect **all phone calls** made from phone numbers: (i) 818-386-9389; (ii) 310-394-6737; (iii) 310-393-4755; (iv) 808-294-9916; (v) 310-650-9916; and (vi) 310-617-7352 during the time periods listed below. In information and belief, said calls were made to (781) 933-0360.

(1)   February 9, 2004 between 8:40 a.m. and 9:10 a.m. eastern standard time

(2)   February 9, 2004 between 3:20 p.m. and 3:50 p.m. eastern standard time

(3)   February 10, 2004 between 1:20 p.m. and 1:50 p.m. eastern standard time

(4)   February 11, 2004 between 9:45 a.m. and 10:15 a.m. eastern standard time

(5)   February 14, 2004 between 3:35 p.m. and 4:05 p.m. eastern standard time

(6)   February 16, 2004 between 11:43 a.m. and 12:13 p.m. eastern standard time

(7)   February 18, 2004 between 11:27 a.m. and 11:57 a.m. eastern standard time

(8)   February 20, 2004 between 10:45 a.m. and 11:15 a.m. eastern standard time

(9)   February 20, 2004 between 12:56 p.m. and 1:27 p.m. eastern standard time

(10)  February 25, 2004 between 11:12 a.m. and 11:42 a.m. eastern standard time

(11)  February 27, 2004 between 9:12 a.m. and 9:42 a.m. eastern standard time

(12)  March 2, 2004 between 9:22 a.m. and 9:52 a.m. eastern standard time

(13) March 8, 2004 between 10:02 a.m. and 10:32 a.m.
eastern standard time

(14) March 16, 2004 between 4:00 p.m. and 4:30 p.m.
eastern standard time

(15) April 7, 2004 between 5:05 p.m. and 5:35 p.m.
eastern standard time

Please note: on information and belief, the Defendant
in this matter has made a number of phone calls to
telephone number 781-933-0360 through the use of
various calling cards.  As such, all documents
provided in response to the above request should
include the actual phone number the call was made
from, the location of the actual phone number and any
and all identifying information relative to any
calling card used in said making of phone call, if
applicable.

(d)   To the extent not produced in the previous request,
please provide any and all documents which evidence or
reflect all phone calls made **to** phone number (781)
933-0360 **from** each number listed below, from January
2002 to the present.  (To assist in the handling of
the request, the above referenced phone number is
currently assigned to: Mocera, Visconti & Company,

CPAs, LLP, located at 400 West Cummings Park, Suite
5350, Woburn, Massachusetts, 01801.)

(1)   480-350-3471

(2)   949-727-7053

Please note: on information and belief, the Defendant
in this matter has made a number of phone calls to
telephone number 781-933-0360 through the use of
various calling cards. **We believe the above numbers
to be examples of such calling cards.** As such, all
documents provided in response to the above request
should include the actual phone number the call was
made from, the location of the actual phone number and
any and all identifying information relative to any
calling card used in said making of phone call, if
applicable.

(g)   Please provide any and all documents which evidence or
reflect the long distance phone carrier for each
number listed below, from August 2002 to the present.

   (i)     818-386-9389

   (ii)    310-394-6737

   (iii)   310-393-4755

   (iv)    808-294-9916

   (v)     310-650-9916

   (vi)    310-617-7352

Date: _____ 5/21/04

_____
Lester E. Riordan III
81 Washington Street
Suite 8
Salem, MA 01970
(978) 744-9461
BBO No. 663725

Jacqueline D. Bergeron
My Commission expires:
November 21, 2008