COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                    Docket No. 04-0952

| | |
|---|---|
| NANETTE MACDONALD )<br><br>Plaintiff, )<br><br>v. )<br><br>KAKU ASSOCIATES INC. AND DICK )<br>S. KAKU )<br><br>Defendants. ) | **SUBPOENA DUCES TECUM** |

To: United Airlines
    C/O Prentice Hall Corporation,
    Registered Agent for United Airlines
    84 State Street
    Boston, MA  02109

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of Plaintiff Nanette Macdonald before a Notary Public of the Commonwealth, at the offices of LESTER E. RIORDAN III, 81 WASHINGTON STREET, SUITE 8, SALEM, MASSACHUSETTS, attorney for the Plaintiffs, on the 21st day of June, 2004, at 10:00 a.m. and to testify as to your knowledge, at the taking of the deposition in the above entitled action. PLEASE NOTE,

THE DEPOSITION WILL NOT PROCEED IF THE REQUESTED RECORDS ARE PRODUCED. HOWEVER, IF THE RECORDS ARE NOT PRODUCED, THE DEPOSITION <u>WILL GO</u> FORWARD.

## GENERAL INSTRUCTIONS

1. You are required to produce and permit inspection and copying of every requested document that is in your possession, custody, or control or that is in the possession, custody, or control of your principals, agents, employees, attorneys, representatives, insurers, any persons or entities acting or purporting to act on your behalf, and any other persons or entities in active concert and participation with you, whether past or present and without regard to whether their relationship with you currently exists or has been terminated.

2. You are required to produce pursuant to this Request every requested document currently known to you and every requested document that can be located or discovered by reasonably diligent efforts.

3. You are required to produce pursuant to this Request the original of every requested document and any copies that have been altered in any way

or that contain on their face additional markings, comments, or information. If the original of any document is not available, the most legible copy should be produced.

4. You are required, if you object to the production, inspection, or copying of any requested document on the ground of privilege, work product, trade secret, or on any other grounds, to state for each such document: (i) its customary name or description and its identifying number, if any; (ii) the date of the document; (iii) the name and address of each person who prepared the document; (iv) the name and address of each person or entity who received the document or any copy thereof; (v) a summary of its substance; (vi) the name and address of each person or entity who has possession, custody, or control of the document or any copy thereof; and (vii) the precise nature of the objection made and a complete description of all facts, if any, upon which the objection is based.

5. The documents to be produced pursuant to this Request must be produced either as they are kept in the usual course of business or they must be

organized and labeled to correspond with the categories in this Request.

6. You are required, if you are unable to obtain any document required to be produced pursuant to this Request because the document is in the possession, custody, or control of any other person or entity, to state for each such document: (i) its customary name or description and its identifying number, if any; (ii) the date of the document; (iii) the name and address of each person who prepared the document; (iv) the name and address of each person or entity who has possession of the document or any copy thereof; (v) a summary of its substance; (vi) a description of the efforts taken by you to obtain the document; and (vii) the reasons, if any, given by the person or entity in possession, custody, or control of the document for not providing it to you.

7. All attachments to any requested documents must be attached to the document to which they relate.

## DEFINITION OF DOCUMENTS

8. The term "document" is used in this Request in its broadest sense and means any record of

information, of any kind or description, however made, produced, or reproduced, whether by hand or by any electronic, photographic, or other process. Documents can take the form of any medium to store information including, computer memory, film, paper, tape recordings, videotapes, and videodisks.

9. The term "document" includes all drafts, all originals, and all non-identical copies, whether different from the original by reason of any notation or otherwise.

10. The term "document" includes, without limitation, the following: accounts, advertising, affidavits, agreements, analyses, appointment books, appraisals, authorizations, bank statements, bills, blueprints, books, books of account, brochures, bulletins, calendars, catalogues, charts, checks, checkbooks, check stubs, circulars, communications, compilations, confirmations, contracts, correspondence, diaries, directives, drawings, drafts, evaluations, files, filings with any governmental agency, film, forms, graphs, hospital records, inspection reports, instructions, insurance

policies, interviews, invoices, journals, letters, logs, maintenance, records, manuals, maps, medical records, memoranda, minutes, newspapers, notes, notebooks, charts, office reports, opinions or reports of consultants, orders paintings pamphlets, periodicals, photographs and photographic negatives, plans press releases promotional literature, prospectuses, purchase orders, receipts and other records of payments, records, reports, reports of X-rays or laboratory tests, research data, schedules, scrapbooks, sketches, speeches, statements, studies, summaries or records of any transaction or occurrence including, without limitation, conversations, interviews, meetings and conferences, summaries of any other document including, without limitation, reports of investigations and reports of negotiations, studies, surveys, tables, or tabulations of data, tracings, telegrams, videotape, vouchers, work-papers and worksheets.

11. The terms "you" and "yours," unless another intention clearly appears, refer to each party to whom this Request is made and any of their

principals, agents, employees, attorneys, representatives, insurers, and any persons acting or purporting to act on their behalf, and any persons in active concert and participation with them, whether past or present, without regard to whether or not the relationship currently exists or has been terminated.

**DOCUMENTS TO BE PRODUCED:**

(a) Any and all documents which evidence or reflect every instance in which <u>Dick S. Kaku</u> and/or <u>Kaku Associates, Inc</u>. purchased airline tickets for travel to the State of Massachusetts. This request may be limited to January 2000 to the present.

(b) To the extent not produced in the previous request, please provide any and all documents which evidence or reflect every instance in which <u>Dick S. Kaku</u> and/or any person from <u>Kaku Associates, Inc</u>. traveled to the State of Massachusetts. This request may be limited to January 2000 to the present.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Date: 5/20/04

_____
Lester E. Riordan III
81 Washington Street
Suite 8
Salem, MA 01970
(978) 744-9461
BBO No. 663725

Jacqueline D. Bergeron
My Commission expires:
November 21, 2008