## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

                                                          Civil Action
                                                            No: <u>04-11218-RCL</u>

NANETTE MACDONALD
Plaintiff

v.

KAKU ASSOCIATES, INC.
Defendant

## **NOTICE OF HEARING**

LINDSAY, D.J.

      TAKE NOTICE that the above-entitled case has been set for hearing on defendants' motion to dismiss at **3:00PM**, on **December 13, 204,** in Courtroom No. 11, 5th floor, United States Courthouse.  Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

                                                            By the Court,

                                                            /s/ Lisa M. Hourihan
                                                            _____
                                                           Deputy Clerk

November 1, 2004

To: All Counsel