IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                     C.A. No. 04-11218-RCL

| | |
|---|---|
| NANETTE MACDONALD | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KAKU ASSOCIATES INC. AND DICK S. KAKU | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

Counsel for NANETTE MACDONALD hereby informs this Honorable Court and all parties that the address of counsel has changed as follows:

Lester E. Riordan III
12 Pond Lane, EB-1N
Concord, Massachusetts 01742
(978) 341-0404
(978) 341-0405 facsimile

Respectfully submitted,

Lester E. Riordan III
BBO No. 663725
12 Pond Lane, EB-1N
Concord, Massachusetts 01742
(978) 341-0404
(978) 341-0405 facsimile

## CERTIFICATE OF SERVICE

I, Lester E. Riordan III, certify that I have sent, by first class mail this December 14, 2004, a copy of the above Notice of Change of Address of Plaintiff's Counsel to all parties on the service list below.

Lester E. Riordan III
BBO No. 663725
12 Pond Lane, EB-1N
Concord, Massachusetts 01742
(978) 341-0404
(978) 341-0405 facsimile

**Service List**

Lisa Gaulin, Esquire
Christine J. Wichers, Esquire
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804