UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANETTE MACDONALD,              )<br>                                 )<br>         Plaintiff,              )<br>    v.                           )<br>                                 )<br> KAKU ASSOCIATES, INC. and       )<br> DICK S. KAKU,                   )<br>                                 )<br>         Defendants.             )<br>_____) | Civil Action No. 04-11218-RCL |

**LOCAL RULE 7.1 AND 37.1 CERTIFICATION IN SUPPORT OF**
**DEFENDANT DICK KAKU'S MOTION TO LIMIT DISCOVERY**

I, Christine J. Wichers, counsel for defendant Dick S. Kaku, hereby certify that at 10 am on January 10, 2005, I conferred by telephone with plaintiff's counsel, Lester Riordan, in a good-faith attempt to resolve or narrow the issue of the scope of discovery. The call lasted about 20 minutes. We agreed that the only remaining claim in this case is whether Mr. Kaku committed intentional infliction of emotional distress through the telephone calls he placed to Ms. Macdonald in Massachusetts between August 22, 2002 and May 21, 2004. However, we were unable to agree on the extent of permissible discovery.

Respectfully submitted,

DICK S. KAKU

By his attorneys,

/s/ Christine J. Wichers
Christine J. Wichers (BBO# 631857)
Lisa M. Gaulin (BBO# 654655)
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02109
617-248-5000

Dated: January 11, 2005

3787222v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 1/11/05
CJW