UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NANETTE MACDONALD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAKU ASSOCIATES, INC. and ) <br> DICK S. KAKU, ) <br> ) <br> Defendants. ) | Civil Action No. 04-11218-RCL |

## DEFENDANT DICK KAKU'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the only remaining defendant in this action, Dick Kaku, and his undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
DICK S. KAKU
Kaku & Associates, Inc.
201 Santa Monica Blvd
Suite 500
Santa Monica, CA 90401

DICK S. KAKU

By his attorneys,

_____
Christine J. Wichers (BBO# 631857)
Lisa M. Gaulin (BBO# 654655)
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02109
617-248-5000

Dated: January 14, 2005

3787209v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 1/14/05
CJW