UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANETTE MACDONALD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-11218-RCL |
| | ) |
| KAKU ASSOCIATES, INC. and | ) |
| DICK S. KAKU, | ) |
| Defendants. | ) |

## ANSWER OF DEFENDANT DICK KAKU

The only remaining defendant in this case, Dick S. Kaku ("Kaku"), answers the numbered paragraphs in the Complaint filed by the plaintiff, Nanette Macdonald ("Macdonald"), as follows:

### PARTIES

1. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint need not be answered as defendant Kaku Associates, Inc. ("Kaku Associates") has been dismissed from this action.

3. Kaku admits the allegations contained in Paragraph 3 of the Complaint.

4. Paragraph 4 of the Complaint states a legal conclusion to which no response is required.

### GENERAL ALLEGATIONS

5. Kaku admits the allegations contained in Paragraph 5 of the Complaint.

6. Paragraph 6 of the Complaint need not be answered as defendant Kaku Associates has been dismissed from this action.

7. Kaku admits the allegations contained in Paragraph 7 of the Complaint.

8. Kaku admits the allegations contained in Paragraph 8 of the Complaint.

9. Kaku denies the allegations contained in Paragraph 9 of the Complaint. To the extent Paragraph 9 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

10. Kaku denies the allegations contained in Paragraph 10 of the Complaint. To the extent Paragraph 10 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

11. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. Kaku denies the allegations contained in Paragraph 12 of the Complaint. To the extent Paragraph 12 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

13. Kaku denies the allegations contained in Paragraph 13 of the Complaint. To the extent Paragraph 13 alleges actions by defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

14. Kaku denies the allegations contained in Paragraph 14 of the Complaint. To the extent Paragraph 14 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

15. Kaku denies the allegations contained in Paragraph 15 of the Complaint. To the extent Paragraph 15 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

16. Kaku denies the allegations contained in Paragraph 16 of the Complaint. To the extent Paragraph 16 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

17. Kaku denies the allegations contained in Paragraph 17 of the Complaint. To the extent Paragraph 17 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

18. Kaku denies the allegations contained in Paragraph 18 of the Complaint. To the extent Paragraph 18 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

19. Kaku denies the allegations contained in Paragraph 19 of the Complaint. To the extent Paragraph 19 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

20. Kaku denies the allegations contained in Paragraph 20 of the Complaint. To the extent Paragraph 20 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

21. Kaku denies the allegations contained in Paragraph 21 of the Complaint. To the extent Paragraph 21 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

22. Kaku denies the allegations contained in Paragraph 22 of the Complaint. To the extent Paragraph 22 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

23. Kaku denies the allegations contained in Paragraph 23 of the Complaint. To the extent Paragraph 23 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

24. Kaku denies the allegations contained in Paragraph 24 of the Complaint. To the extent Paragraph 24 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

25. Kaku denies the allegations contained in Paragraph 25 of the Complaint. To the extent Paragraph 25 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

26. Kaku denies the allegations contained in Paragraph 26 of the Complaint. To the extent Paragraph 26 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

27. Kaku denies the allegations contained in Paragraph 27 of the Complaint. To the extent Paragraph 27 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

28. Kaku denies the allegations contained in Paragraph 28 of the Complaint. To the extent Paragraph 28 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

29. Kaku denies the allegations contained in Paragraph 29 of the Complaint. To the extent Paragraph 29 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

30. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint.

31. Kaku is without sufficient knowledge or information to form a belief as to Macdonald's state of mind. However, Kaku denies that Macdonald feared she would be "terminated" as she knew she was not employed by Kaku Associates.

32. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint.

33. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint.

34. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint.

35. Kaku denies the allegations contained in Paragraph 35 of the Complaint.

36. Kaku denies the allegations contained in Paragraph 36 of the Complaint.

37. Kaku denies the allegations contained in Paragraph 37 of the Complaint. To the extent Paragraph 37 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

38. Kaku denies the allegations contained in Paragraph 38 of the Complaint.

39. Kaku denies that he ever engaged in any unlawful employment practices. Kaku is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 39 of the Complaint.

40. Kaku admits that in or about June 2000 he received the letter which is attached as Exhibit 1 to the Complaint. Because Exhibit 1 is a document that speaks for itself, the remaining allegations contained in Paragraph 40 of the Complaint need not be answered.

41. Kaku denies the allegations contained in Paragraph 41 of the Complaint. To the extent Paragraph 41 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

42. Kaku denies the allegations contained in Paragraph 42 of the Complaint. To the extent Paragraph 42 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

43. Kaku denies the allegations contained in Paragraph 43 of the Complaint. To the extent Paragraph 43 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

44. Kaku denies the allegations contained in Paragraph 44 of the Complaint. To the extent Paragraph 44 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

45. Kaku denies the allegations contained in Paragraph 45 of the Complaint. To the extent Paragraph 45 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

46. Kaku denies the allegations contained in Paragraph 46 of the Complaint. To the extent Paragraph 46 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

47. Kaku denies the allegations contained in Paragraph 47 of the Complaint. To the extent Paragraph 47 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

48. Kaku denies the allegations contained in Paragraph 48 of the Complaint. To the extent Paragraph 48 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

49. Kaku admits that Macdonald returned certain items and terminated telephone service for which Kaku had arranged payment. Kaku denies the remaining allegations contained in Paragraph 49 of the Complaint. To the extent Paragraph 49 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

50. Kaku denies the allegations contained in Paragraph 50 of the Complaint. To the extent Paragraph 50 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

51. Kaku admits that in or about August 2000 he asked Macdonald if she would resume their affair. Kaku denies the remaining allegations contained in paragraph 51 of the Complaint.

52. Kaku denies the allegations contained in Paragraph 52 of the Complaint.

53. Kaku admits that he made some calls to Macdonald in or about August – September 2000. Kaku denies the remaining allegations contained in Paragraph 53 of the Complaint.

54. Kaku denies the allegations contained in Paragraph 54 of the Complaint.

55. Kaku is without sufficient knowledge or information to form a belief as to whether Macdonald sought assistance from a psychologist. Kaku denies the remaining allegations contained in Paragraph 55 of the Complaint.

56. Kaku admits that at some point he asked Macdonald to make a $4000 contribution to the Harris political campaign. Kaku denies the remaining allegations contained in Paragraph 56 of the Complaint. To the extent Paragraph 56 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

57. Kaku denies the allegations contained in Paragraph 57 of the Complaint. To the extent Paragraph 57 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

58. Kaku admits that in or about September 2000, he sent Macdonald a letter which speaks for itself. Kaku denies the remaining allegations contained in Paragraph 58 of the Complaint. To the extent Paragraph 58 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

59. Kaku denies the allegations contained in Paragraph 59 of the Complaint. To the extent Paragraph 59 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

60. Kaku denies that Macdonald was ever employed by him or by Kaku Associates. To the extent Paragraph 60 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

61. Kaku denies the allegations contained in Paragraph 61 of the Complaint. To the extent Paragraph 61 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

62. Kaku denies the allegations contained in Paragraph 62 of the Complaint. To the extent Paragraph 62 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

63. Kaku denies the allegations contained in Paragraph 63 of the Complaint. To the extent Paragraph 63 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

64. Kaku denies that he ever engaged in any unlawful employment practices. Kaku is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 64 of the Complaint. To the extent Paragraph 64 of the Complaint contains allegations against defendant Kaku Associates, it need not be answered as Kaku Associates has been dismissed from this action.

65. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint.

66. Kaku denies that he ever posed a danger to Macdonald, her husband, or her children. Kaku is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 66 of the Complaint.

67. Kaku denies that he ever contacted Macdonald's family members, or that he ever threatened or physically abused Macdonald or any of her family members. Kaku is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 67 of the Complaint.

68. Kaku denies that in 2000 Macdonald filed any claim against him personally with either the Hawaii Civil Rights Commission or the Equal Employment Opportunity Commission.

To the extent Paragraph 68 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

69.  Kaku denies that in 2001 Macdonald withdrew any claim against him personally, since she had not previously filed any claim against him personally. To the extent Paragraph 69 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

70.  Kaku denies that he ever threatened or intimidated Macdonald, or that Macdonald withdrew nonexistent claims. Kaku is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 70 of the Complaint. To the extent Paragraph 70 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

71.  Kaku denies the allegations contained in paragraph 71 of the Complaint. To the extent Paragraph 71 contains allegations against Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

72.  Kaku denies the allegations contained in Paragraph 72 of the Complaint. To the extent Paragraph 72 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

73.  Kaku denies the allegations contained in Paragraph 73 of the Complaint.

74.  Kaku denies the allegations contained in Paragraph 74 of the Complaint. To the extent Paragraph 74 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

75. Kaku denies the allegations contained in Paragraph 75 of the Complaint. To the extent Paragraph 75 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

76. Kaku denies the allegations contained in Paragraph 76 of the Complaint. To the extent Paragraph 76 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

77. Kaku denies the allegations contained in Paragraph 77 of the Complaint. To the extent Paragraph 77 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

78. Kaku admits that between May 17 and May 21, 2001, he placed some phone calls to Macdonald. Kaku denies the remaining allegations contained in Paragraph 78 of the Complaint.

79. Kaku admits that between May 17 and May 21, 2001, he called Macdonald more than once at work. Kaku denies that he called her "many" times at work. Kaku is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 79 of the Complaint.

80. Kaku denies that he ever made it difficult for Macdonald to work. To the extent Paragraph 80 of the Complaint contains any other factual allegations against Kaku, those allegations are denied.

81. Kaku is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint.

82. Kaku denies that he ever compromised the safety of Macdonald, her husband, or her daughter. Kaku denies the remaining allegations contained in Paragraph 82 of the Complaint.

83. Kaku denies that he ever contacted Macdonald's family members, or that he ever threatened or physically abused Macdonald or any of her family members. Kaku denies the remaining allegations contained in Paragraph 83 of the Complaint.

84. Kaku denies the allegations contained in Paragraph 84 of the Complaint. To the extent Paragraph 84 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

85. Kaku admits that in or around 2002, he bought two round-trip tickets for Macdonald's personal use. Kaku denies the remaining allegations contained in Paragraph 85 of the Complaint. To the extent Paragraph 85 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

86. Kaku denies the allegations contained in Paragraph 86 of the Complaint.

87. Kaku admits that Macdonald moved from Hawaii to Massachusetts in or about August 2002. Kaku denies the remaining allegations contained in paragraph 87 of the Complaint. To the extent Paragraph 87 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

88. Kaku denies the allegations contained in Paragraph 88 of the Complaint.

89. Kaku denies the allegations contained in Paragraph 89 of the Complaint.

90. Kaku denies the allegations contained in Paragraph 90 of the Complaint.

91. Kaku denies the allegations contained in Paragraph 91 of the Complaint.

92. Kaku denies the allegations contained in Paragraph 92 of the Complaint.

93. Kaku denies the allegations contained in Paragraph 93 of the Complaint.

94. Kaku denies the allegations contained in Paragraph 94 of the Complaint.

95. Kaku denies the allegations contained in Paragraph 95 of the Complaint.

96. Kaku denies the allegations contained in Paragraph 96 of the Complaint.

97. Kaku denies the allegations contained in Paragraph 97 of the Complaint.

98. Kaku denies the allegations contained in Paragraph 98 of the Complaint.

99. Kaku denies the allegations contained in Paragraph 99 of the Complaint.

## COUNTS I – VIII

100-204. Kaku need not answer the allegations contained in paragraphs 100-204 of the Complaint as those counts have been dismissed with prejudice.

## COUNT IX
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

205. Kaku restates and incorporates by reference his responses to all previously numbered paragraphs in the Complaint.

206. Paragraph 206 of the Complaint states a legal conclusion to which no response is required.

207. Paragraph 207 of the Complaint states a legal conclusion to which no response is required.

208. Paragraph 208 of the Complaint states a legal conclusion to which no response is required.

209. Kaku denies the allegations contained in Paragraph 209 of the Complaint. To the extent Paragraph 209 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

210. Kaku denies the allegations contained in Paragraph 210 of the Complaint. To the extent Paragraph 210 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

211. Kaku denies the allegations contained in Paragraph 211 of the Complaint. To the extent Paragraph 211 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

212. Kaku denies the allegations contained in Paragraph 212 of the Complaint. To the extent Paragraph 212 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

213. Kaku denies the allegations contained in Paragraph 213 of the Complaint. To the extent Paragraph 213 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

214. Kaku denies the allegations contained in Paragraph 214 of the Complaint. To the extent Paragraph 214 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

215. Kaku denies the allegations contained in Paragraph 215 of the Complaint. To the extent Paragraph 215 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

216. Kaku denies the allegations contained in Paragraph 216 of the Complaint. To the extent Paragraph 216 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

217. Kaku denies the allegations contained in Paragraph 217 of the Complaint. To the extent Paragraph 217 contains allegations against defendant Kaku Associates, it need not be answered because Kaku Associates has been dismissed from this action.

### COUNTS X - XI

218-238. Kaku need not answer the allegations contained in paragraphs 218-238 of the Complaint as those counts have been dismissed with prejudice.

### DEFENSES

#### First Defense

Macdonald has failed to state a claim on which relief can be granted.

#### Second Defense

The Court lacks personal jurisdiction over Kaku.

#### Third Defense

Kaku did not harass Macdonald.

#### Fourth Defense

Kaku did not inflict any emotional distress on Macdonald.

#### Fifth Defense

Kaku did not engage in extreme or outrageous conduct.

#### Sixth Defense

Macdonald's claim is barred due to her own harassment of Kaku.

WHEREFORE, Kaku respectfully requests that the Complaint be dismissed in its entirety; that judgment be entered in Kaku's favor; that he be awarded his costs and disbursements, including reasonable attorneys' fees; and that he be awarded such other relief as the Court may deem just and proper.

16

Respectfully submitted,

DICK S. KAKU

By his attorneys,

/s/ Christine J. Wichers
Christine J. Wichers (BBO# 631857)
Lisa M. Gaulin (BBO# 654655)
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02109
617-248-5000

Dated: January 18, 2005

3789523v1

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: and fax 1/18/05
CJW