IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                              C.A. No. 04-11218-RCL

| | |
|---|---|
| NANETTE MACDONALD | ) |
| Plaintiff, | ) |
| v. | ) |
| KAKU ASSOCIATES INC. AND DICK S. KAKU | ) |
| Defendants. | ) |

### PLAINTIFF'S ASSENTED TO MOTION TO AMEND THE SCHEDULING ORDER DEADLINES

Plaintiff Nanette MacDonald hereby requests this Honorable Court to amend the scheduling order deadlines as set forth below. In support thereof, the Plaintiff states as follows:

1. The Defendant assents to this motion.

2. Mr. Kaku and Ms. MacDonald have vastly different views on the appropriate scope of discovery. Mr. Kaku believes that the scope of discovery is limited to his telephone calls with Ms. MacDonald in on and after Ms. MacDonald moved to Massachusetts.

3. Mr. Kaku is expected to refuse to answer deposition questions on any subject other than telephone calls with Ms. MacDonald after moved to Massachusetts. In addition, he has declined to answer interrogatories and

1

to respond to document requests on any subject other than his telephone calls with Ms. MacDonald after she moved to Massachusetts.

4. Ms. MacDonald believes the scope is broader given the content and context of the telephone calls and includes issues encompassing *e.g.* her employment with Kaku Associates; payments made to her by Mr. Kaku and/or Kaku Associates; the parties' past relationship including their sexual relationship and the procurement and use by Kaku of a letter from Mr. Serviss to Ms. MacDonald.

5. Ms. MacDonald will file a motion to compel Mr. Kaku to respond to specific interrogatories and document requests to which he has objected on or about May 17, 2005 (or shortly thereafter). The parties expect that the Court's ruling on Ms. MacDonald's forthcoming motion to compel will guide them as to the appropriate scope of discovery.

6. Discovery is currently scheduled to end on May 27, 2005.

WHEREFORE, Plaintiff Nanette MacDonald hereby requests this Honorable Court to amend the scheduling order deadlines as follows:

A. To provide the parties 30 days following the issuance of the Court's ruling on Ms. MacDonald's forthcoming motion to compel in which to conduct depositions, should they elect to conduct them.

B. The parties will have 30 days from the date of the court's ruling to identify experts, if any.

C. The parties will have an additional 30 days ( *i.e.,* 60 days following the issuance of the Court's ruling) in which to obtain discovery from third parties and experts.

D. Motions for summary judgment will be due 30 days thereafter (*i.e.*, 90 days following the issuance of the Court's ruling on Ms. MacDonald's motion to compel).

E. The pre-trail conference will be set at a date thereafter at the direction of this Court.

Respectfully submitted,
NANETTE MACDONALD
By and through her counsel

Lester E. Riordan III
BBO No. 633725
12 Pond Lane, EB-1N
Concord, Massachusetts 01742
(978) 341-0404
(978) 341-0405 facsimile

ASSENT:

DICK KAKU
By and through his counsel

Christine J. Wichers
BBO No. 631857
CHOATE, HALL & STEWART
53 State Street
Boston, MA 02109
(617) 248-5000
(617) 248-4000 facsimile

## CERTIFICATE OF SERVICE

I, Lester E. Riordan III, certify that I have sent, by first class mail to Defendant's counsel, Christine J. Wichers, Esquire, Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109-2804 this May 5, 2005, a copy of the above motion.

Respectfully Submitted,
NANETTE MACDONALD
By and through her counsel

_____
Lester E. Riordan III
12 Pond Lane,
Suite EB-1N
Concord, Mass. 01742
Telephone (978) 341-0404
BBO Number 633725