UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANETTE MACDONALD,<br><br>               Plaintiff,<br>v.<br><br>KAKU ASSOCIATES, INC. and<br>DICK S. KAKU,<br><br>               Defendants. | Civil Action No. 04-11218-RCL |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Nanette Macdonald hereby voluntarily dismisses all claims against the Defendants with prejudice. Each party will bear her/its/his own costs.

Respectfully submitted,

| NANETTE MACDONALD, | KAKU ASSOCIATES, INC. and DICK S. KAKU, |
|---|---|
| By her attorney: | By their attorneys, |
| _Lester Riordan /cw with consent_<br>Lester E. Riordan III (BBO# 663725)<br>12 Pond Lane, EB-1N<br>Concord, MA 01742<br>(978) 341-0404 | _Christine Wichers_<br>Christine J. Wichers (BBO# 631857)<br>CHOATE, HALL & STEWART LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 248-5000 |

Dated: June 28, 2005

3931058v2